# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOSEPH MCKAY,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 1:16-cv-00620-EPG<br><br>ORDER OF DISMISSAL |

Based on the stipulation between the parties (ECF No. 12), the above captioned matter is DISMISSED WITH PREJUDICE.  The Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   **November 18, 2016**          /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE

-1-